UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL FREDERICK RICCIO : | |
| : | PRISONER |
| v. : | Case No. 3:01CV2133(PCD)(JGM) |
| : | |
| WARDEN GEORGE WEZNER, et al. : | |

ORDER

By mandate issued April 20, 2005, the Second Circuit vacated the dismissal of this action and remanded the matter for the court to determine whether plaintiff had satisfied the requirement that he exhaust his administrative remedies before filing suit.

Before making this determination, the court will afford the parties an opportunity to submit a memorandum addressing the exhaustion issue as explained in the mandate.

Any memorandum should be filed on or before June 8, 2005. Because service has not been effected on any defendant, the Clerk is directed to send a copy of this order to Assistant Attorney General Henri Alexandre, 110 Sherman Street, Hartford, CT 06111.

**SO ORDERED** this 18th day of May, 2005, at New Haven, Connecticut.

/s/_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE