UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL FREDERICK RICCIO          :
                               :         PRISONER
     v.                        :  Case No. 3:01CV2133(PCD)(JGM)
                               :
WARDEN GEORGE WEZNER, et al.   :

ORDER OF DISMISSAL

    By mandate issued April 20, 2005, the Second Circuit vacated the dismissal of this action and remanded the matter for the court to determine whether plaintiff had satisfied the requirement that he exhaust his administrative remedies before filing suit.  On May 18, 2005, the court issued an order permitting the parties to submit a memorandum addressing the exhaustion before the court issued its ruling.

    The copy of the order sent to plaintiff at the address on file was returned to the court as undeliverable.  The inmate information search feature on the Connecticut Department of Correction website indicates that plaintiff has been released from custody.

    Rule 83.1(c)2, D. Conn. L. Civ. R., requires a *pro se* party to provide an address within this district at which service may be made upon him.  Because plaintiff has not contacted the court to update his address since his release from custody, this action is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for failure to prosecute and failure to comply with the

court rule.  Any motion to reopen this dismissal shall demonstrate good cause for plaintiff's failure to provide a current address.

    **SO ORDERED** this ___31st___ day of May, 2005, at New Haven, Connecticut.

                                                              /s/
                                           Peter C. Dorsey
                                           United States District Judge