UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL RICCIO | PRISONER<br>: CIVIL NO. 3:01CV2133 (PCD)(JGM) |
| V. | : |
| GEORGE WEZNER, ET AL. | : JUNE 7, 2005 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendants in the above-captioned case.

Dated at Hartford, Connecticut, this 7th day of June, 2005.

                DEFENDANTS
                GEORGE WEZNER, ET AL.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

                BY:_____
                Henri Alexandre
                Assistant Attorney General
                110 Sherman Street
                Hartford, CT  06105
                Tel:  (860) 808-5450
                E-Mail:  Henri.alexandre@po.state.ct.us
                Federal Bar #ct05412

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following at his last known address, on this 7th day of June 2005:

Paul F. Riccio #156477
MacDougall/Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

_____
Henri Alexandre
Assistant Attorney General